UNITED STATES DISTRICT COURT
MIDDLE DISTRICT OF TENNESSEE
NASHVILLE DIVISION

| UNITED STATES OF AMERICA | ) | |
|---|---|---|
| | ) | |
| v. | ) | NO. 3:09-00262 |
| | ) | JUDGE CAMPBELL |
| DARYL BORNSTEIN | ) | |

## ORDER

Pending before the Court is a Motion for Leave to File Pleading Under Seal (Docket No. 155). The Motion is GRANTED.

The Court will hold an exparte hearing on Defendant Bornstein's sealed filing on February 19, 2014 at 2:00 p.m. Defendant Bornstein and his counsel shall attend the hearing.

IT IS SO ORDERED.

*Todd Campbell*
TODD J. CAMPBELL
UNITED STATES DISTRICT JUDGE