UNITED STATES DISTRICT COURT
MIDDLE DISTRICT OF TENNESSEE
NASHVILLE DIVISION

| | | |
|---|---|---|
| UNITED STATES OF AMERICA | ) | |
| | ) | |
| v. | ) | NO. 3:09-00262 |
| | ) | JUDGE CAMPBELL |
| DARYL BORNSTEIN | ) | |

<u>ORDER</u>

The Court held a hearing on July 18, 2014. At the hearing counsel for Defendant requested a continuance of the sentencing hearing. The Court granted the request.

The sentencing hearing is RESCHEDULED for August 21, 2014, at 2:00 p.m. Any supplemental materials must be filed by August 15, 2014.

It is so ORDERED.

_____
TODD J. CAMPBELL
UNITED STATES DISTRICT JUDGE